# U.S. District Court
# District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:18–cv–02126–GJH

| | |
|---|---|
| Belt et al v. P.F. Chang's China Bistro, Inc. | Date Filed: 07/11/2018 |
| Assigned to: Judge George Jarrod Hazel | Date Terminated: 09/06/2018 |
| Demand: $500,000 | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Fair Labor Standards | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Steven Belt**   represented by   **Benjamin L Davis , III**
Law Offices of Peter T. Nicholl
Charles Center South
36 South Charles Street
Suite 1700
Baltimore, MD 21201
410–244–7005
Fax: 410–244–8454
Email: bdavis@nicholllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Council**   represented by   **Benjamin L Davis , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Harris**   represented by   **Benjamin L Davis , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**P.F. Chang's China Bistro, Inc.**   represented by   **Paul DeCamp**
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
202–861–1819
Fax: 202–861–3571
Email: pdecamp@ebglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E John Steren**

Epstein Becker & Green, P.C.
1227 25th Street, N.W.
7th Floor
Washington, DC 20037
202–861–1825
Fax: 202–861–3070
Email: esteren@ebglaw.com
*TERMINATED: 08/28/2018*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/11/2018 | Ï 1 | COMPLAINT *for Wages Owed* against P.F. Chang's China Bistro, Inc. ( Filing fee $ 400 receipt number 0416–7439512.), filed by Steven Belt, Laura Council, James Harris. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Summons)(Davis, Benjamin) (Entered: 07/11/2018) |
| 07/18/2018 | Ï 2 | QC NOTICE regarding: 1 Complaint, filed by Steven Belt, Laura Council, James Harris. *\*\*Not all attorneys listed as counsel have signed the document. Court staff has entered the appearance of only the attorneys who have signed the document. All other attorneys must enter their own entries of appearance.* (kns, Deputy Clerk) (Entered: 07/18/2018) |
| 07/18/2018 | Ï 3 | Summons Issued 21 days as to P.F. Chang's China Bistro, Inc.(kns, Deputy Clerk) (Entered: 07/18/2018) |
| 07/25/2018 | Ï 4 | SUMMONS Returned Executed by Steven Belt, Laura Council, James Harris. P.F. Chang's China Bistro, Inc. served on 7/25/2018, answer due 8/15/2018.(Davis, Benjamin) (Entered: 07/25/2018) |
| 08/15/2018 | Ï 5 | NOTICE of Appearance by E John Steren on behalf of P.F. Chang's China Bistro, Inc. (Steren, E) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 6 | Local Rule 103.3 Disclosure Statement by P.F. Chang's China Bistro, Inc. identifying Corporate Parent Wok Holdings for P.F. Chang's China Bistro, Inc..(Steren, E) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 7 | ANSWER to 1 Complaint, by P.F. Chang's China Bistro, Inc..(Steren, E) (Entered: 08/15/2018) |
| 08/27/2018 | Ï 8 | NOTICE of Appearance by Paul DeCamp on behalf of P.F. Chang's China Bistro, Inc. (DeCamp, Paul) (Entered: 08/27/2018) |
| 08/27/2018 | Ï 9 | MOTION to Withdraw as Attorney by P.F. Chang's China Bistro, Inc. (Attachments: # 1 Text of Proposed Order)(Steren, E) (Entered: 08/27/2018) |
| 08/28/2018 | Ï 10 | PAPERLESS ORDER granting 9 Motion to Withdraw as Attorney. Attorney E John Steren terminated. Signed by Judge George Jarrod Hazel on 8/28/2018. (am2s, Chambers) (Entered: 08/28/2018) |
| 08/28/2018 | Ï 11 | PAPERLESS correspondence advising that the Court has scheduled a Fed. R. Civ. P. 16 telephone conference call for Thursday, August 30, 2018 at 5:15 p.m. The parties are instructed to dial–in for the call. Phone number: 877–810–9415; Access code: 5860700. (am2s, Chambers) (Entered: 08/28/2018) |
| 08/29/2018 | Ï 12 | MOTION to Transfer Case by P.F. Chang's China Bistro, Inc. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(DeCamp, Paul) (Entered: 08/29/2018) |
| 08/31/2018 | Ï 13 | Consent MOTION to Change Venue by P.F. Chang's China Bistro, Inc. (Attachments: # 1 Text of Proposed Order)(DeCamp, Paul) (Entered: 08/31/2018) |

| 09/06/2018 | Ï 14 | ORDER granting 13 Consent Motion to Transfer Venue; directing the Clerk to transfer this case to the U.S. District Court for the Easter District of Pennsylvania. Signed by Judge George Jarrod Hazel on 9/6/2018. (jf3s, Deputy Clerk) (Entered: 09/06/2018) |
|---|---|---|