### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN BELT, ET AL.,

       Plaintiffs,

    v.

P.F. CHANG'S CHINA BISTRO, INC.,

       Defendant.

Case No. 2:18-cv-03831-AB

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant P.F. Chang's China Bistro, Inc. ("P.F. Chang's") moves this Court for Summary Judgment against Plaintiffs Steven Belt, Laura Coucil, James Harris, Grace Castro, Racqueal Shelton, Nora Ensalaco, and Shane Murphy, as well as any other individuals who opt into this case, there being no disputed issues of material fact and P.F. Chang's being entitled to judgment as a matter of law. P.F. Chang's bases this Motion on its accompanying Memorandum of Law (including exhibits and attachments thereto) and the Court's entire record in this case.

P.F. Chang's respectfully requests that the Court grant this motion, enter an Order specifying that there is no genuine dispute as to any material facts in this case and that the case is resolved in Defendant's favor as a matter of law, and enter judgment in this case against Plaintiffs and in favor of P.F. Chang's. An appropriate Order is attached.

Respectfully submitted,


/s/ Paul DeCamp

PAUL DECAMP (admitted *pro hac vice*)
MAXINE ADAMS (admitted *pro hac vice*)
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C.  20037
Tel: 202-861-0900
Fax: 202-861-3571
PDeCamp@ebglaw.com
MAdams@ebglaw.com

SHEILA A. WOOLSON
EPSTEIN, BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, NJ  07102
Tel: 973-642-1900
SWoolson@ebglaw.com

*Counsel for Defendant*

January 15, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, I caused the foregoing to be sent via

First-Class U.S. Mail, postage pre-paid, as well as transmitted via electronic mail, to the

following counsel of record for Plaintiffs:

> BENJAMIN L. DAVIS, III
> LAW OFFICES OF PETER T. NICHOLL
> Charles Center South
> 36 South Charles Street, Suite 700
> Baltimore, MD  21201
> bdavis@nicholllaw.com
>
> PATRICIA A. BARASCH
> SCHALL & BARASCH, LLC
> Moorestown Office Center
> 110 Marter Avenue, Suite 105
> Moorestown, NJ  08057
> pbarasch@schallandbarasch.com
>
> DANA L. SCOTT
> DREXEL UNIVERSITY
> Office of the General Counsel
> Bellet Building, 1505 Race Street
> Philadelphia, PA  19102
> dla73@drexel.edu
>
> REENA DESAI
> NICHOLS KASTER, PLLP
> 80 South 8th Street, Suite 4600
> Minneapolis, MN  55402
> rdesai@nka.com

/s/
　　　　　　Paul DeCamp

*Counsel for Defendant*

January 15, 2019

3