# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BELT, *et al.*, | : | |
| Plaintiffs. | : | CIVIL ACTION |
| | : | No. 18-3831 |
| v. | : | |
| | : | |
| P.F. CHANG'S CHINA BISTRO, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this _15th__ day of August, 2019, it is **ORDERED** that:

- Defendant's Motion for Summary Judgment (construed as a Motion for Judgment on the Pleadings) (ECF No. 37) is **DENIED**.

- The parties must submit a proposed joint scheduling order **on or before August 30, 2019.**

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on 8/15/2019