# EXHIBIT S:

## Declaration
## of
## Lynn Wu

**DECLARATION OF LYNN WU**

I, Lynn Wu, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by P.F. Chang's China Bistro, Inc. as a Regional Vice President, a role I have held since May 22, 2019. I have been with the Company since July 2006. I am responsible for overseeing 42 restaurants in Illinois, Maryland, Michigan, New Jersey, New York, Ohio, Pennsylvania and Wisconsin.

3. There is no company-wide policy, practice, or expectation that servers or any other tipped employees will spend any particular amount of time, or percentage of total time worked, on side work. To my knowledge, the company has never had such a policy, practice, or expectation. We do not have such a policy, practice, or expectation in my region, nor am I aware of any individual restaurant in my region or elsewhere that has adopted such a policy, practice, or expectation.

4. In my experience, tipped employees normally spend about 10 to 15 percent of their working time on side work, though some employees may spend more or less time than that on side work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/11/19

Lynn Wu