IN THE UNITED STATES DIRSTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN BELT et al.

      Plaintiffs,

v.

P.F. CHANG'S CHINA BISTRO, INC.

      Defendant.

Case No. 2:18-cv-03831-AB

## PLAINTIFFS' NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| Last Name | First Name | Filed Consent | Postmark Date |
|---|---|---|---|
| Najemy | Stephanie | 11/30/2020 | 11/27/2020 |

Dated: December 2, 2020

**NICHOLS KASTER, PLLP**

s/ Reena I. Desai_____
Reena I. Desai, MN Bar # 0388311*
4700 IDS Center, 80 S. 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3244
Email: rdesai@nka.com
*Admitted pro hac vice*

Daniel S. Brome, CA Bar No. 278915*
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Email: dbrome@nka.com

**LAW OFFICES OF PETER T. NICHOLL**

Benjamin L. Davis, III

Charles Center South
36 South Charles Street, Suite 1700
Baltimore, MD 21201
Telephone: (410) 244-7005
Facsimile: (410) 244-8454
Email: bdavis@nichollaw.com

**SCHALL & BARASCH**

Patricia A. Barasch
110 Marter Ave #302
Moorestown, NJ 08057
Telephone: (856) 914-9200
Email: pbarasch@schallandbarasch.com


ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE COLLECTIVE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was filed electronically on December 2, 2020 pursuant to the service requirements of the ECF/CM for the Eastern District of Pennsylvania, which will notify all counsel of record.

s/Reena I. Desai<br>Reena I. Desai