IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BELT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 2:18-cv-03831-AB |

## STIPULATION OF DISMISSAL OF PLAINTIFF JAMES HARRIS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James Harris and Defendant P.F. Chang's China Bistro, Inc., by and through their respective counsel, hereby stipulate and agree to dismiss Plaintiff James Harris' claims with prejudice, with each party bearing its own attorneys' fees and costs with respect to Mr. Harris' claims.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 11, 2024

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | **SKADDEN, ARPS, SLATE,** |
| s/*Reena I. Desai* | **MEAGHER & FLOM LLP** |
| Reena I. Desai* | s/*Meredith C. Slawe* |
| Caitlin L. Opperman* | Michael W. McTigue Jr. |
| 4700 IDS Center, 80 S. 8th Street | Meredith C. Slawe |
| Minneapolis, MN 55402 | Colm P. McInerney (*pro hac vice*) |
| Telephone: (612) 256-3244 | One Manhattan West |
| Email: rdesai@nka.com | New York, NY 10001 |
| copperman@nka.com | Telephone: (212) 735-3000 |
| | Fax: (212) 735-2000 |
| Daniel S. Brome* | Email: michael.mctigue@skadden.com |
| 235 Montgomery Street | meredith.slawe@skadden.com |
| Suite 810 | colm.mcinerney@skadden.com |
| San Francisco, CA 94104 | |
| Telephone: (415) 277-7234 | **EPSTEIN BECKER & GREEN P.C.** |
| Email: dbrome@nka.com | Paul DeCamp |
| | 1227 - 25th St NW, Suite 700 |
| **Admitted pro hac vice* | Washington, DC 20037 |
| | Telephone: (202) 861-1819 |
| **SCHALL & BARASCH** | Fax: (202) 861-3571 |
| Patricia A. Barasch | Email: pdecamp@ebglaw.com |
| 110 Marter Ave, #302 | |
| Moorestown, NJ 08057 | Kathleen A. Barrett |
| Telephone: (856) 914-9200 | 227 W. Monroe Street, Suite 3250 |
| Email: pbarasch@schallandbarasch.com | Chicago, IL 60606 |
| | Telephone: (312) 499-1400 |
| *Attorneys for Plaintiffs, the FLSA Collective, and the Rule 23 putative Classes* | Emails: kbarrett@ebglaw.com |
| | |
| | Jill K. Bigler |
| | 375 North Front Street, Suite 325 |
| | Columbus, OH 43215 |
| | Telephone: (614) 872-2418 |
| | Email: jbigler@ebglaw.com |
| | |
| | *Attorneys for Defendant* |
| | *P.F. Chang's China Bistro, Inc.* |

## **ORDER**

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED** that Plaintiff James Harris' claims are hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs with respect to Mr. Harris' claims.

Dated:

BY THE COURT:

_____
The Honorable Anita B. Brody
United States District Judge