IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BELT, et al., <br><br> Plaintiff, <br><br> v. <br><br> P.F. CHANG'S CHINA BISTRO, INC., <br><br> Defendant. | Civil Action No. 2:18-cv-03831-AB |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
RELATED PAPERS PARTIALLY UNDER SEAL AND WITH
MONETARY AMOUNTS REDACTED**

Defendant P.F. Chang's China Bistro ("Defendant") respectfully moves this Court pursuant to Local Rule 5.1.5 for an order permitting the Parties to file a joint motion for preliminary approval of settlement of this matter and all supporting documents, with monetary amounts redacted, while providing the Court with the unredacted version under seal. In support of this Motion, Defendant submits its accompanying memorandum of law, which is incorporated herein and further supports the sealing of limited portions of the settlement papers in this matter.

WHEREFORE, Defendant respectfully requests that the Court issue an Order granting Defendant leave to file the joint motion for preliminary approval of the confidential settlement of this matter and related papers with monetary amounts redacted and to provide the Court with an unredacted version under seal.

Plaintiffs do not oppose this Motion.

May 9, 2024

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By:     *s/ Kathleen Barrett*
Kathleen A. Barrett
227 West Monroe Street, Suite 3250
Chicago, Illinois 60606
Telephone: (312) 499-1400
Email: kbarrett@ebglaw.com

Paul DeCamp
1227 25th Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 861-1819
Fax: (202) 861-3571
Email: pdecamp@ebglaw.com

Jill K. Bigler
375 North Front Street, Suite 325
Columbus, Ohio 43215
Email: jbigler@ebglaw.com

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

Michael W. McTigue Jr.
Meredith C. Slawe
Colm P. McInerney (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email:   michael.mctigue@skadden.com
            meredith.slaw@skadden.com
            colm.mcinerney@skadden.com