IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BELT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 2:18-cv-03831-AB |

## JOINT REQUEST TO RESCHEDULE CONFERENCE

The Parties filed a Joint Motion for Preliminary Settlement Approval on May 16, 2024. (ECF No. 203.) The Court set a Class Certification and Settlement Conference on the Motion for Preliminary Settlement Approval for July 17, 2024 at 10:30 a.m. Defendant's counsel is not available on the currently scheduled conference date. The parties have met and conferred, and counsel for both parties are available July 8, 2024 for the conference.[1]

　　Respectfully submitted:

Date: June 4, 2024

---

[1] The Parties understand that the Court is available on July 8, 2024. If that is not the case, the parties can meet and confer to propose additional dates.

| **NICHOLS KASTER, PLLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
|---|---|

*s/Reena I. Desai*
Reena I. Desai*
Caitlin L. Opperman*
4700 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3244
Email: rdesai@nka.com
         copperman@nka.com

Daniel S. Brome*
235 Montgomery Street
Suite 810
San Francisco, CA 94104
Telephone:  (415) 277-7234
Email:  dbrome@nka.com

*Admitted pro hac vice

**SCHALL & BARASCH**
Patricia A. Barasch
110 Marter Ave, #302
Moorestown, NJ 08057
Telephone: (856) 914-9200
Email:  pbarasch@schallandbarasch.com

*Attorneys for Plaintiffs, the FLSA Collective*

*s/Meredith C. Slawe*
Michael W. McTigue Jr.
Meredith C. Slawe
Colm P. McInerney (*pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000
Email: michael.mctigue@skadden.com
         meredith.slawe@skadden.com
         colm.mcinerney@skadden.com

**EPSTEIN BECKER & GREEN P.C.**
Paul DeCamp
1227 - 25th St NW, Suite 700
Washington, DC 20037
Telephone: (202) 861-1819
Fax: (202) 861-3571
Email: pdecamp@ebglaw.com

Kathleen A. Barrett
227 W. Monroe Street, Suite 3250
Chicago, IL 60606
Telephone: (312) 499-1400
Email: kbarrett@ebglaw.com

Jill K. Bigler
375 North Front Street, Suite 325
Columbus, OH 43215
Telephone: (614) 872-2418
Email: jbigler@ebglaw.com

*Attorneys for Defendant P.F. Chang's China Bistro, Inc.*