UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BELT, et al.,<br>   Plaintiffs,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br>   Defendant. | No. 2:18-CV-03831-AB |

## MOTION TO UNSEAL

Professor Charlotte Alexander has separately moved to intervene pursuant to Federal Rule of Civil Procedure 24(b) for the limited purpose of moving the Court to unseal portions of the record in this case, and now respectfully so moves. In support of her motion, she submits an accompanying memorandum of law.

WHEREFORE, Professor Alexander respectfully requests that the Court direct the Clerk to place on the public docket the unredacted versions of the Joint Motion for Settlement Approval and all accompanying documents, Doc. 203 and attachments, and order that final settlement documents be filed on the public docket.

<u>Dated</u>  August 21, 2024

               Respectfully submitted,

               <u>/s/ *Michael J. Quirk*</u>
               Michael J. Quirk, Esq.
               PA Attorney I.D. No. 204677
               Motley Rice LLC
               40 West Evergreen Ave., Suite 104

Philadelphia, PA 19118
(610) 579-9932
mquirk@motleyrice.com

Lauren E. Bateman
(*pro hac vice* motion forthcoming)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

*Attorneys for Proposed Intervenor Charlotte Alexander*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing document upon counsel of record for all parties by filing via the Court's Electronic Case Filing (ECF) system.

Dated:      August 21, 2024

                                            /s/ *Michael J. Quirk*
                                            Michael J. Quirk