# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BELT, *et al.*, | : | |
|     Plaintiffs. | : | CIVIL ACTION |
| | : | No. 18-3831 |
| v. | : | |
| | : | |
| P.F. CHANG'S CHINA BISTRO, INC., | : | |
| | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this 5th day of December, 2024, it is **ORDERED** that the Motion to Intervene (ECF No. 214) is **DENIED** and the Motion to Unseal (ECF No. 216) is **DENIED AS MOOT**.

                                                                        s/ANITA B. BRODY, J.
                                                                      ANITA B. BRODY, J.